**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Talisha Ellis, Steve Moore, Ceylon Burnside, and John Doe, Defendants,

Of whom Talisha Ellis is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001302

———————

Appeal From Pickens County
Karen S. Roper, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-113
Submitted February 27, 2019 – Filed March 18, 2019

———————

**AFFIRMED**

———————

Allyson Sue Rucker, of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Julie Mahon Rau, of S.C. Department of Social Services, of Pickens, for Respondent South Carolina Department of Social Services.

Sean Joseph Hinton, of Acker Lambert Hinton, P.A., of Pickens, for the Guardian ad Litem.

---

**PER CURIAM:** Talisha Ellis appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Ellis's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.